**No. 10-9036. Harry McDonald, Petitioner v. Illinois.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2737, ■■■

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1221, 371 Ill. Dec. 742, 990 N.E.2d 930.

**No. 10-9037. Vonnie Darin Darby, Petitioner v. North Dakota.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2753.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of North Dakota denied.

Same case below, 794 N.W.2d 898.

**No. 10-9040. Johnney Ramey, Petitioner v. United States District Court for the Eastern District of California, et al.**

563 U.S. 923, 131 S. Ct. 1845, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2690, ■■

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9054. Frank Darwin Conrad, IV, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institute.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2687.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9059. Henry Kaczmarek, Petitioner v. Dave Rednour, Warden.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2691.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 627 F.3d 586.

**No. 10-9061. Jay H. Lee, Petitioner v. Federal Emergency Management Agency, et al.**

563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2755, ■■

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 688.

**No. 10-9088. Michael Baker, Petitioner v. Marcus Hardy, Warden.**

563 U.S. 923, 131 S. Ct. 1827, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2754, ■■

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.